# EXHIBIT 15

| | |
|---|---|
| **From:** | Luther Sutter <luther.sutterlaw@gmail.com> |
| **Sent:** | Friday, May 29, 2020 9:22 AM |
| **To:** | Ericsson, Shelley I. |
| **Cc:** | Hershewe, Anne L.; Dustin Van Dyk; Elizabeth A Hodges; lucien.gillham@gmail.com |
| **Subject:** | Re: Norwood v. UPS |

You can attend remotely.  I will be there in person.  I have been trying to set this depo way before covid19.

Sent from my iPhone

> On May 29, 2020, at 9:17 AM, Ericsson, Shelley I. <shelley.ericsson@ogletree.com> wrote:
>
> Luther, we've discussed the impact covid-19 has had on planning depositions.  We have not intentionally delayed anything.  I will check on Lester's availability.  Are you refusing to conduct his deposition remotely?
>
> **Shelley I. Ericsson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> 4520 Main Street, Suite 400 | Kansas City, MO 64111 | Telephone: 816-410-2222 | Fax: 816-471-1303
> shelley.ericsson@ogletree.com | www.ogletree.com | Bio
>
> **From:** Luther Sutter <luther.sutterlaw@gmail.com>
> **Sent:** Thursday, May 28, 2020 8:02 PM
> **To:** Ericsson, Shelley I. <shelley.ericsson@ogletreedeakins.com>
> **Cc:** Hershewe, Anne L. <anne.hershewe@ogletreedeakins.com>; Dustin Van Dyk <dvandyk@jpalmerlaw.com>; Elizabeth A Hodges <beth.sglaw@gmail.com>; lucien.gillham@gmail.com
> **Subject:** Re: Norwood v. UPS
>
> How can I do that when I don't know what these folks are going to testify to?  I don't want to spend money on another Robertson depo.  So, I don't know of any alternative but to go one by one.  You have delayed Lester's deposition for months.
>
> Luther Sutter
> Attorney at Law
>
>> On May 28, 2020, at 8:41 PM, Ericsson, Shelley I. <shelley.ericsson@ogletree.com> wrote:
>>
>> Luther, this is unfamiliar territory and something on which we might need the court's guidance if we can't agree to either both attend remotely, or wait until we can both attend in person.   As I mentioned in a previous email, I think it makes sense to get local

1

depositions that don't require air travel done first, then move on to others when travel restrictions ease.   If you think otherwise and demand depos in a certain order, please provide us a list so we can decide next steps.  Thanks.

**Shelley I. Ericsson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
4520 Main Street, Suite 400 | Kansas City, MO 64111 | Telephone: 816-410-2222 | Fax: 816-471-1303
shelley.ericsson@ogletree.com | www.ogletree.com | Bio

**From:** Luther Sutter <luther.sutterlaw@gmail.com>
**Sent:** Thursday, May 28, 2020 5:54 PM
**To:** Ericsson, Shelley I. <shelley.ericsson@ogletreedeakins.com>
**Cc:** Hershewe, Anne L. <anne.hershewe@ogletreedeakins.com>; Dustin Van Dyk <dvandyk@jpalmerlaw.com>; Elizabeth A Hodges <beth.sglaw@gmail.com>; lucien.gillham@gmail.com
**Subject:** Re: Norwood v. UPS

You can be remote.  I will be present.  I do want their depos but in the order I select.

Sent from my iPhone

> On May 28, 2020, at 6:28 PM, Ericsson, Shelley I. <shelley.ericsson@ogletree.com> wrote:
>
> Luther, we can't travel right now and Lester is out-of-state.   Are you ok with taking his deposition remotely?  Based on your below response, we will tell Ms. Aciego and Mr. Lenox you no longer want their depositions.  Thanks.
>
> **Shelley I. Ericsson | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
> 4520 Main Street, Suite 400 | Kansas City, MO 64111 | Telephone: 816-410-2222 | Fax: 816-471-1303
> shelley.ericsson@ogletree.com | www.ogletree.com | Bio
>
> **From:** Luther Sutter <luther.sutterlaw@gmail.com>
> **Sent:** Thursday, May 28, 2020 5:21 PM
> **To:** Hershewe, Anne L. <anne.hershewe@ogletreedeakins.com>
> **Cc:** Ericsson, Shelley I. <shelley.ericsson@ogletreedeakins.com>; Dustin Van Dyk <dvandyk@jpalmerlaw.com>; Elizabeth A Hodges <beth.sglaw@gmail.com>; lucien.gillham@gmail.com
> **Subject:** Re: Norwood v. UPS
>
> Please give me a date for Lester.  I am it available 6/11.

2

Sent from my iPhone

On May 28, 2020, at 5:47 PM, Hershewe, Anne L. <anne.hershewe@ogletree.com> wrote:

Luther -- we've provided you deposition dates for two additional people, Rebecca Aciego and Bryan Lenox. We've not heard anything back from you. The date we provided for Mr. Lenox has passed, but he can be available on June 11. Unless we get timely deposition notice, we are going to assume they are not moving forward. Also, our office is not currently allowing gatherings for in person depositions to occur at the office, but I understand court reporting services and the courthouses may have spaces available. Let us know if we can help with arranging those accommodations.

Thanks,
Anne

**Anne L. Hershewe | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
4520 Main Street, Suite 400 | Kansas City, MO 64111 | Telephone: 816-410-2243 | Fax: 816-471-1303
anne.hershewe@ogletree.com | www.ogletree.com | Bio

**From:** Hershewe, Anne L.
**Sent:** Tuesday, May 19, 2020 10:16 AM
**To:** 'Luther Sutter' <luther.sutterlaw@gmail.com>; Ericsson, Shelley I. <shelley.ericsson@ogletreedeakins.com>
**Cc:** 'Dustin Van Dyk' <dvandyk@jpalmerlaw.com>; 'Elizabeth A Hodges' <beth.sglaw@gmail.com>; 'lucien.gillham@gmail.com' <lucien.gillham@gmail.com>
**Subject:** RE: Norwood v. UPS

Luther – on the depositions, Mr. Lenox can be available next Thursday, May 28. Does that work for you?

**Anne L. Hershewe | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
4520 Main Street, Suite 400 | Kansas City, MO 64111 | Telephone: 816-410-2243 | Fax: 816-471-1303
anne.hershewe@ogletree.com | www.ogletree.com | Bio

3

**From:** Hershewe, Anne L.
**Sent:** Monday, May 18, 2020 4:15 PM
**To:** 'Luther Sutter' <luther.sutterlaw@gmail.com>; Ericsson, Shelley I. <shelley.ericsson@ogletreedeakins.com>
**Cc:** 'Dustin Van Dyk' <dvandyk@jpalmerlaw.com>; 'Elizabeth A Hodges' <beth.sglaw@gmail.com>; 'lucien.gillham@gmail.com' <lucien.gillham@gmail.com>
**Subject:** RE: Norwood v. UPS

Luther –

Based on the information we received from the court on Friday, we would like to continue to try to resolve the ESI issues. I'm reattaching our correspondence from April 24, which includes our ESI proposal.

This is a case about an alleged failure to accommodate. Based on the discovery in this case, particularly documents produced, the individuals we've identified below are the main players. In the spirit of compromise, we would agree to the following custodians, who we've already said we were agreeable to: Ms. Norwood; the human resources personnel, Eric Day, Stan Roux; Ms. Norwood's supervisor, Waring Lester; and Mark Bowen, Ms. Norwood's successor; and the following additional custodians: Terra Vellema, from occupational health, and Jimmy McClure, also human resources personnel. If there is a specific person who you believe should also be added to this list, please let us know who and your basis for believing you need to have them as a custodian.

Please also let me know if you would be agreeable to the proposed modifications to the search terms that we proposed in the April 24 email. If we do not hear back from you by Wednesday, then we will run the searches with the custodians listed above and search parameters/terms proposed. We do not want to delay these searches any further.

Additionally, I believe we will be able to produce Rebecca Aciego for a deposition on June 5, and Bryan Lenox for a deposition on June 10, but are waiting for final confirmation. These would both be at our offices in Kansas City. Our office is in the process of instituting a reopening plan, and we will have more details about the social distancing and other protective measures everyone would need to take for these to proceed in-person.

4

Thanks,
Anne

**Anne L. Hershewe | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
4520 Main Street, Suite 400 | Kansas City, MO 64111 |
Telephone: 816-410-2243 | Fax: 816-471-1303
anne.hershewe@ogletree.com | www.ogletree.com | Bio

5