# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| SUSAN NORWOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> ) <br> Defendant. ) | Case No. 2:19-cv-02496-DDC |

## SECOND AMENDED SCHEDULING ORDER

On July 13, 2020, defendant filed an unopposed motion (ECF No. 79) to amend the scheduling order. For good cause, the amended scheduling order (ECF No. 50) is amended as followed:

a) All discovery shall be commenced or served in time to be completed by **October 16, 2020**.

b) Plaintiff shall file final expert disclosures by **August 13, 2020**. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **August 31, 2020**. Disclosures and reports by any rebuttal experts are due by **September 14, 2020**.

c) The final pretrial conference is rescheduled from **September 25, 2020**, to **November 6, 2020, at 11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **October 26, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to

*ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

      d)      The deadline for filing all other potentially dispositive motions is **December 3, 2020**.

      e)      The case is re-set for trial on a trial calendar that will begin on **August 3, 2021 at 9:00 a.m.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 14, 2020, at Kansas City, Kansas.

                                                      s/ James P. O'Hara
                                                       James P. O'Hara
                                                       U.S. Magistrate Judge