UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

SUSAN NORWOOD,

                Plaintiff,

v.                                            Case No. 19-2496-DDC

UNITED PARCEL SERVICE, INC.,

                Defendant.

## FOURTH AMENDED SCHEDULING ORDER

On October 15, 2020, the court entered the third amended scheduling order to accommodate extension requests made by the parties (ECF No. 124 at 8). Therein, the court re-scheduled the final pretrial conference for December 7, 2020. Plaintiff has filed a motion to continue the December 7, 2020 setting, explaining that her counsel is scheduled to start a multi-week, civil-rights trial on that day (**ECF No. 130**). She asks that the final pretrial concert be re-scheduled for a date in January 2021. Defendant does not oppose the request.

Although the motion is not opposed, it is denied as written. The court will reschedule the conference to accommodate counsel's trial schedule, but to avoid further delaying this case (as dispositive motions are not filed in our court until after the final pretrial order is entered), the court will convene the conference earlier, rather than later. The third amended scheduling order is amended as follows:

a. The final pretrial conference is rescheduled from December 7, 2020, to **November 30, 2020, at 9:00 a.m**., in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.

b. No later than **November 20, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to ksd_ohara_chambers@ksd.uscourts.gov.

IT IS SO ORDERED.

Dated October 28, 2020, at Kansas City, Kansas.

                                           s/ James P. O'Hara
                                           James P. O'Hara
                                           U. S. Magistrate Judge