IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN NORWOOD, | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION |
| | ) CASE NO.  2:19-cv-02496 |
| | ) |
| v. | ) |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant | ) |

## NOTICE OF APPEAL

Comes now, **PLAINTIFF, SUSAN NORWOOD**, through counsel, and for this Notice of Appeal, she states:

1. Plaintiff, Susan Norwood, appeals to the United States Court of Appeals for the 10th Circuit the MEMORANDUM AND ORDER [Doc 185] dismissing as moot [Doc 136] Plaintiff's Motion for Partial Summary Judgment; granting [Doc 161] Defendant's Motion for Summary Judgment; dismissing as moot [Doc 172] Motion to Exclude handed down by the United States District Court for the District of Kansas, entered in this case on July 16, 2021; and, the refusal to consider all of the evidence in the manner required by Rule 56.

2. The method of appendix preparation will be separate.

3. Statement of issues are as follows:

    a. Did the District Court err when it granted summary judgment finding UPS engaged in bad faith when a reasonable jury could believe UPS lied;

    b. Did the District Court err in refusing to consider the evidence of Dr. Aliffe;

    c. Did the District Court err by refusing to grant all reasonable inferences in favor of the Plaintiff;

    d. Did the District Court err by denying Plaintiff's Motion for Partial Summary Judgment; and,

    e. Did the District Court err by granting Defendant's Motion for Summary Judgment?

Respectfully submitted,

**SUTTER& GILLHAM, P.L.L.C.**
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
(501) 315-1910 – Office
(501) 315-1916 - Facsimile
*Attorneys for the Plaintiff*

By:    */s/ Luther Oneal Sutter*_____
       Luther Oneal Sutter, ABN 95031
       Luther.sutterlaw@gmail.com

- And -

By:    */s/ Dustin L. Van Dyk*_____
       Dustin L. Van Dyk Ks. S. Ct #23313
       Palmer Law Group, LLP
       2348 SW Topeka Blvd.
       Topeka, KS 66611
       dvandyk@jpalmerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice of Appeal, has been served on this, the 13th day of August, 2021, via electronic mail upon counsel for the Defendants, as follows:

Shelley Ericsson
shelley.ericsson@ogletree.com,
kcmdocketing@ogletreedeakins.com,
linda.curran@ogletree.com

By:    */s/ Luther Oneal Sutter*_____
       Luther Oneal Sutter, ABN 95031

By:    */s/ Dustin L. Van Dyk*_____
       Dustin L. Van Dyk Ks. S. Ct #23313